## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| | | | | | | (2) | (3) | (4) | (5) |
| | Amount Code 1 (A-H) | Type (e.g. div. rent or int.) | Value Code 2 (J-P) | Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | Date: Month - Day | Value Code 2 (J-P) | Gain Code 1 (A-H) | Identity of buyer/seller (if private transaction) |

New Material

RECEIVED
01 APR 25 A 11: 5
FINANCIAL DISCLOSURE OFFICE

| | | A | Dividend | K | T | Buy | 6/4 | L | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 89. | " " " | | | | | Buy | 6/26 | J | | |
| 90. | " " " | | | | | Part Sale | 9/24 | K | A | |

1. Income/Gain Codes: A = $15,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3) N = $250,001-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2) U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report 4/22/04 |
|---|---|
| Ebel, David M | 4/22/2003 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91.  " " " | | | | | Buy | 9/26 | J | | |
| 92.  " " " | | | | | Buy | 12/27 | J | | |
| 93.  Dodge & Cox Balanced Fund | B | Dividend | L | T | Buy | 6/4 | L | | |
| 94.  " " " | | | | | Buy | 6/26 | J | | |
| 95.  " " " | | | | | Buy | 9/26 | J | | |
| 96.  " " " | | | | | Buy | 12/27 | J | | |
| 97.  Dodge & Cox Income Fund | A | Dividend | K | T | Buy | 9/24 | K | | |
| 98.  " " " | | | | | Buy | 9/26 | J | | |
| 99.  " " " | | | | | Buy | 12/27 | J | | |
| 100.  Royce Technology Value Fund | | None | K | T | Buy | 6/17 | K | | |
| 101.  " " " | | | | | Part Sale | 9/24 | J | A | |
| 102.  Royce Opportunity Fund | A | Dividend | K | T | Buy | 6/17 | K | | |
| 103.  " " " | | | | | Part Sale | 9/24 | K | A | |
| 104.  " " " | | | | | Buy | 12/05 | J | | |
| 105.  Royce Low-Priced Stock Fund | A | Dividend | K | T | Buy | 6/17 | K | | |
| 106.  " " " | | | | | Buy | 12/05 | J | | |
| 107.  Royce Total Return Fund | A | Dividend | K | T | Buy | 9/24 | J | | |
| 108.  " " " | | | | | Buy | 12/05 | J | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
        P3 = $25,000,001-$50,000,000     P4 = More than $50,000,000
3. Value Method Codes:     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
   (See Column C2)     U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M | 4/22/2003 |

-- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | | (1) Amount | | | (1) | (2) | (3) | (4) HI | (5) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | T | | | | |
| | | | | | Buy | | | | |

1. Income/Gain Codes:  A = $1,000 or less   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
and D4)  F = $50,001-$100,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
J = $15,000 or less   L = $50,001-$100,000   M = $100,001-$250,000
P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

Calendar Year 2003

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| I. Person Reporting (Last name, First name, Middle initial)<br><br>Ebel, David M | 2. Court or Organization<br><br>Tenth Circuit Court of Appeals | 3. Date of Report<br><br>4/21/2004 |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge (Active) | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date 12/17/1987<br><br>○ Initial ● Annual ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>Byron White U.S. Courthouse<br><br>1823 Stout Street, Room 109L<br><br>Denver, CO 80257 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date _____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.   (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE**   - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director and Member of Executive Committee | Historical Society for the Tenth Circuit |

## II. AGREEMENTS.   (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE**   - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | Littleton Public School District |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Yale Law School | New Haven, CT; April 27-29, 2003; judged moot court competition; reimbursement for airfare, loding and meals |
| 2. | Duke Law School | Durham, NC; November 2-4, 2003; Jurist in Residence at Duke Law School; reimbursement for airfare, lodging and meals |

## V. GIFTS. (includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|--------|-------------|-------|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|----------|-------------|------------|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M | 4/21/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Janus Fund | | None | J | T | Buy | 1/10 | K | | |
| 2. " " " | | | | | Part Sale | 2/13 | J | A | |
| 3. " " " | | | | | Part Sale | 7/28 | J | A | |
| 4. Fidelity Magellan Fund | A | Dividend | J | T | Buy | 5/2 | J | | |
| 5. " " " | | | | | Part Sale | 7/28 | J | A | |
| 6. " " " | | | | | Buy | 12/5 | J | | |
| 7. Janus Worldwide Fund | A | Dividend | J | T | Buy | 12/12 | J | | |
| 8. *Janus Special Equity Fund | | None | K | T | Buy | 7/7 | J | | |
| 9. " " " | | | | | Buy | 8/29 | J | | |
| 10. Fidelity Ginnie Mae Fund | A | Dividend | K | T | Buy | mthly | J | | |
| 11. " " " | | | | | Part Sale | 7/7 | K | A | |
| 12. " " " | | | | | Part Sale | 10/8 | J | A | |
| 13. Janus Global Life Science Fund | | None | K | T | Buy | 7/7 | J | | |
| 14. " " " | | | | | Part Sale | 7/28 | J | A | |
| 15. " " " | | | | | Buy | 8/29 | J | | |
| 16. Janus Global Technology Fund | | None | K | T | Buy | 1/10 | J | | |
| 17. " " " | | | | | Part Sale | 2/13 | J | A | |
| 18. " " " | | | | | Buy | 7/7 | J | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M | 4/21/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19.    " " " | | | | | Part Sale | 7/28 | K | A | |
| 20.    " " " | | | | | Buy | 8/29 | J | | |
| 21.  Janus Olympus Fund | | None | J | T | | | | | |
| 22.  Janus Money Market Fund | A | Interest | K | T | Part Sale | 1/10 | K | A | |
| 23.    " " " | | | | | Buy | 2/13 | K | | |
| 24.    " " " | | | | | Part Sale | 7/7 | K | A | |
| 25.    " " " | | | | | Buy | 7/28 | L | | |
| 26.    " " " | | | | | Part Sale | 8/29 | K | A | |
| 27.    " " " | | | | | Buy | mthly | J | | |
| 28.  Fidelity Select Electronic Fund | | None | K | T | Buy | 1/2 | K | | |
| 29.    " " " | | | | | Buy | 7/7 | J | | |
| 30.    " " " | | | | | Part Sale | 7/28 | K | A | |
| 31.    " " " | | | | | Buy | 10/8 | J | | |
| 32.  Fidelity Growth Co. Fund | | None | K | T | Buy | 7/7 | J | | |
| 33.    " " " | | | | | Part Sale | 7/28 | J | A | |
| 34.    " " " | | | | | Buy | 10/8 | K | | |
| 35.  Invesco Telecommunication Fund | | None | | | Sold | 11/21 | J | A | |
| 36.  Invesco Energy Fund | | None | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes:    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

— income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. | B. | | | D. | | | | |
|---|---|---|---|---|---|---|---|---|
| | (1) | | | If | from | | | |
| | | | | (2) | (3) | (4) | (5) | |
| | | | | | Code | | | |
| | | | | | J | | | |
| | K | T | | 1/2 | K | | | |
| | | | | | K | | | |
| | | | | | K | | | |
| | | | | | J | | | |
| None | | | | | | | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
G = $100,001-$1,000,000  H2 = More than $5,000,000
K = $15,001-$50,000
O = $500,001-$1,000,000  P1  P2 = $5,000,001-$25,000,000
T
= Book Value  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M | 4/21/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. | *AIM Real Estate Fund | A | Dividend | J | T | Buy | 3/31 | J | | |
| 56. | " " " | | | | | Buy | 6/30 | J | | |
| 57. | " " " | | | | | Buy | 9/30 | J | | |
| 58. | " " " | | | | | Buy | 12/12 | J | | |
| 59. | Invesco Health Science Fund | | None | J | T | | | | | |
| 60. | *AIM Money Market Fund | A | Interest | J | T | Buy | mthly | J | | |
| 61. | EYEris Class A Common Stock | | None | J | T | | | | | |
| 62. | EYEris Class B Common Stock | | None | J | T | | | | | |
| 63. | *Janus Global Opportunities Fund | | None | | | Sold | 2/13 | K | B | |
| 64. | Janus Growth & Income Fund | | None | K | T | Buy | 3/31 | J | | |
| 65. | " " " | | | | | Buy | 6/30 | J | | |
| 66. | " " " | | | | | Buy | 9/30 | J | | |
| 67. | " " " | | | | | Buy | 12/12 | J | | |
| 68. | Fidelity U.S. Govt Res | A | Interest | J | T | Part Sale | 1/2 | J | A | |
| 69. | " " " | | | | | Buy | 2/13 | J | | |
| 70. | " " " | | | | | Buy | mthly | J | | |
| 71. | Fidelity Emerging Market Fund | A | Dividend | J | T | Buy | 12/12 | J | | |
| 72. | " " " | | | | | Buy | 12/30 | J | | |

1. Income/Gain Codes.   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4).   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $25,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3).   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
  P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes.   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| | (1) | (2) | | (1) | (2) | | (1) | (2) | (3) | (4) | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 73. | | | | | | | | | | | |
| 83. | | | | | | | | | | | |
| 84. | | | | | | | | | | | |
| 85. | | | | | | | | | | | |
| | | | | | | | | | 9/26 | J | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

Name of Person Reporting
Eoel, David M

Date of Report
4/21/2004

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 91. Royce Opportunity Fund | B | Dividend | L | T | Buy | 7/7 | K | | |
| 92. " " " | | | | | Buy | 12/4 | J | | |
| 93. Royce Low-Priced Stock Fund | A | Dividend | K | T | Buy | 12/4 | J | | |
| 94. Royce Total Return Fund | A | Dividend | J | T | Buy | 3/10 | J | | |
| 95. " " " | | | | | Buy | 6/10 | J | | |
| 96. " " " | | | | | Part Sale | 7/7 | K | B | |
| 97. " " " | | | | | Buy | 9/10 | J | | |
| 98. " " " | | | | | Buy | 12/4 | J | | |
| 99. Royce Special Equity Fund | | None | | | Sold | 7/7 | J | B | |
| 100. Fidelity Select Leisure | | None | J | T | Buy | 10/8 | J | | |
| 101. Fidelity Select Technology | | None | J | T | Buy | 7/7 | J | | |
| 102. Janus Balanced Fund | A | Dividend | J | T | Buy | 2/13 | J | | |
| 103. " " " | | | | | Buy | 3/31 | J | | |
| 104. " " " | | | | | Buy | 6/30 | J | | |
| 105. " " " | | | | | Buy | 9/30 | J | | |
| 106. " " " | | | | | Buy | 12/12 | J | | |
| 107. CancerVax Common Stock | | None | J | T | Buy | 10/29 | J | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

## VII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

1) VII, Line 8.  On 2/27/03 Janus Special Situations Fund merged into Janus Special Equity Fund.

2) VII, Line 55.  On 10/31/03 Invesco Real Estate Opportunity Fund merged into AIM Real Estate Fund.

3) VII, Line 60.  On 10/31/03 Invesco Cash Reserve merged into AIM Money Market Fund.

4) VII, Line 63.  On 12/5/03 Janus Global Value Fund was renamed Janus Global Opportunities Fund.

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M | 4/21/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Date _April 21, 04_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544